UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

ANTHONY PIANTIERI,

                Plaintiff,                Civil Action No.: 1:23-CV-09376 (ALC)

-against-

UNITED FEDERATION OF TEACHERS and
MICHAEL MULGREW,                       **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

                Defendants.

---------------------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto, that the time for defendants United Federation of Teachers and Michael Mulgrew to move, answer or otherwise respond to the Complaint is hereby extended up to and including February 26, 2024.

    No provision of this Stipulation and Order shall be construed as a waiver of, and defendants United Federation of Teachers and Michael Mulgrew expressly reserve, any and all defenses.

    There has been no previous request for extension of time in connection with this matter.

Dated: New York, New York
          January 23, 2024

| THE MERMIGIS LAW GROUP, P.C. | THOMPSON COBURN LLP |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| *Anthony Piantieri* | *United Federation of Teachers* and *Michael Mulgrew* |
| | /s/ Elizabeth E. DiMichele |
| _____ | _____ |
| James G. Mermigis | Elizabeth E. DiMichele |
| 85 Cold Spring Road, Suite 200 | 488 Madison Avenue |
| Syosset, New York 11791 | New York, New York 10022 |
| (516) 353-0075 | (212) 478-7200 |
| James@MermigisLaw.com | edimichele@thompsoncoburn.com |

So Ordered:

_____
    U.S.D.J.