UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PIANTIERI,

                Plaintiff,

-against-

UNITED FEDERATION OF TEACHERS et al.,

                Defendants.

23-CV-09376 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025

MARGARET M. GARNETT, United States District Judge:

      After Plaintiff's initial failure to meet fact discovery deadlines, the Court extended the fact discovery deadline until January 17, 2025, which deadline the Court stated would not be extended absent extraordinary circumstances that could not have been anticipated. *See* Dkt. Nos. 18–19. That deadline has long passed, and no requests for extension were made. At a conference on January 21, 2025, the Court learned that Plaintiff had not yet produced certain outstanding documents and tape recordings. Plaintiff's counsel represented to the Court on the record that Plaintiff would produce all such outstanding materials within a week. That time has passed. **Plaintiff is directed to produce all outstanding tape recordings and documents to Defendants by Tuesday, February 4, 2025, or risk Court-imposed sanctions.** No further extensions of Plaintiff's time to complete this production will be granted. Additionally, by **February 4, 2025**, Plaintiff's counsel is directed to file on the docket a signed certification verifying that all such outstanding recordings and documents have been produced.

      If Court intervention is needed following this date, Defendants may file any letter on the docket regarding privilege challenges or seeking other Court intervention by **February 7, 2025**. Plaintiff may respond to any such letter by **February 11, 2025**.

Dated: February 3, 2025
      New York, New York

                                                SO ORDERED.

                                                MARGARET M. GARNETT
                                                United States District Judge