USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PIANTIERI,

        Plaintiff,

-against-

UNITED FEDERATION OF TEACHERS et al.,

        Defendants.

23-CV-09376 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

  By Order dated February 3, 2025, the Court directed Plaintiff to produce all outstanding documents and tape recordings to Defendants by February 4, 2025, or risk Court-imposed sanctions, and directed Plaintiff's counsel to file on the docket a signed certification verifying that all such recordings and documents have been produced by February 4, 2025. *See* Dkt. No. 22. On February 4, 2025, Plaintiff's counsel filed a certification verifying that outstanding tape recordings had been produced, without mention of the status of Plaintiff's production of outstanding documents. *See* Dkt. No. 23. Defendants then filed a letter-motion on February 7, 2025, *see* Dkt. No. 24, requesting that this Court order the production of outstanding documents, permit Defendants to further depose Plaintiff after the receipt of such documents, and resolve a privilege dispute.

  The Court is in receipt of the parties' February 12, 2025, correspondence indicating that the privilege dispute has been resolved without the need for intervention of the Court. *See* Dkt. Nos. 25, 26. As to the production of outstanding documents and the further deposition of Plaintiff, the parties are hereby ORDERED to appear for a status conference on **Wednesday, February 19, 2025, at 10:00 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Plaintiff's counsel is further ORDERED to confer with Plaintiff regarding dates of Plaintiff's availability for further deposition, and to come to the status conference prepared with such potential dates.

  The Clerk of Court is directed to terminate Dkt. Nos. 24 and 25.

Dated: February 13, 2025
   New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge