**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

ANTHONY PIANTIERI,

Plaintiff,

-against-

UNITED FEDERATION OF TEACHERS and MICHAEL MULGREW,

Defendants.

-------------------------------------------------------------X

23 **CIVIL** 9376 (MMG)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, Defendants' motion for summary judgment is GRANTED as to Plaintiff's Title VII claims and his NYCHRL discrimination claim. Plaintiff's remaining NYCHRL reasonable accommodation claims are DISMISSED without prejudice to refiling them in state court; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**